# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HUGO PALACIOS, individually and dba Panaderia Y ANADERIA Y TAQUERIA LUPITA; JOSEFINA Q. PALACIOS, individually and dba Panaderia Y Taqueria Lupita,<br><br>　　　　Defendants. | Case No. 1:18-cv-00472-LJO-BAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint served: April 22, 2018<br><br>New Response date: July 11, 2018 |

Pursuant to Local Rule 144, and for good cause being shown, IT IS HEREBY ORDERED that the time for Defendants Hugo Palacios, individually and dba Panaderia Y Taqueria Lupita; and Josefina Q. Palacios, individually and dba Panaderia Y Taqueria Lupita's to file their responsive pleadings is extended to **July 11, 2018.**

IT IS SO ORDERED.

Dated: __June 13, 2018__　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

1